WKS (12/1/09)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Melissa Ann Mesenbrink**

Debtor(s)

)
)
)
)
)
)
)
)
)
)
)

Case No. **25–34184–thp13**

341(a) WORKSHEET

First Meeting Date: 1/13/26

Debtor's Address:        8084 N. Burlington Ave.
                        Portland, OR 97203

Jt. Debtor's Address:

Attorney: JESSICA LEE MOLLIGAN                    Trustee: Wayne Godare

FAILED To Complete §341(a) Mtg: ( )Debtor ( )JT Debtor(Wife) ( ) ATTY;    *AND* THEREFORE
the TRUSTEE STATES THAT (CHECK at least ONE AND ALL that apply);

( ) No further examination required of joint debtor who failed to complete meeting.

( ) Commencement of dismissal procedure is appropriate.

( ) Within 14 days trustee will submit form #750.3 (re: no dismissal).

( ) Debtor(s) did not produce proper I.D. at/before continued hrg – UST should file motion.

( ) 341 adjourned as further examination required by ( ) trustee ( ) creditor:_____.

( ) Notice was given to all that 341 mtg adjourned to _____(time), on _____(date),

at the location of _____ FOR THE REASON THAT:

_____

(NOTE: TRUSTEE ANNOUNCED NO WRITTEN NOTICE OF ADJOURNMENT WILL BE GIVEN, except to the debtor(s)
and debtor(s)' attorney, by the clerk, if neither were present.)

( ) Notice of adjourned 341 mtg. required BECAUSE _____,

could NOT be announced BECAUSE _____.

( ) Debtor's Change of Address:                    ( ) Jt. Debtor's Change of Address:

PERSONS ATTENDING MEETING

PRINT Your Name                              PRINT Name of Person or Business You Represent

_____ _____
_____ _____
_____ _____
_____ _____
_____ _____
_____ _____
_____ _____
_____ _____
_____ _____
_____ _____
_____ _____
_____ _____
_____ _____