# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| | | |
|---|---|---|
| **In re** | * | |
| | * | |
| Melissa Ann Mesenbrink, | * | |
| | * | |
| | * | |
| Debtor | * | **Case No.  25-34184-thp13** |
| | * | |
| | * | MOTION FOR ORDER ALLOWING |
| | * | ATTORNEY WITHDRAWAL |
| | * | |

The undersigned attorney, pursuant to LBR 9010-1, ORPC 1.16 and FRCP 83, hereby requests to withdraw as attorney for Debtor, for the following reasons for good cause as set forth in the Declaration Supporting Motion for Order Allowing Attorney Withdraw, filed herewith.

The only relief sought is an Order allowing attorney withdrawal.  There is a pending hearing, the Meetings of Creditors, on January 13, 2026 at 10:00am.  An Order was issued on December 16, 2025 requiring Debtor to file missing documents within 14 days of that Order (by December 30, 2025).

I hereby declare, under penalty of perjury, that the above information is true and correct and a copy of this motion was mailed to Debtor on December 18, 2025, at the following address:

Melissa Mesenbrink
8084 N. Burlington Ave.
Portland, OR  97203

/s/ Jessica Molligan
Jessica Molligan

CERTIFICATE OF SERVICE

I have sent the foregoing Motion to the following:

Melissa Ann Mesenbrink
8084 N. Burlington Ave.
Portland, OR  97203

mamesenbrink@gmail.com

This document has also been e-served via the the ECF e-service contact list in this matter.

Dated this December 18, 2025                    /s/ Jessica Molligan
                                                Jessica Molligan