# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

|  |  |  |
|---|---|---|
| **In re** | * | |
| | * | |
| Melissa Ann Mesenbrink, | * | **Case No.  25-34184-thp13** |
| | * | |
| | * | |
| Debtor | * | |
| | * | DECLARATION SUPPORTING |
| | * | MOTION FOR ORDER ALLOWING |
| | * | ATTORNEY WITHDRAWAL |
| | * | |

I was contacted by Debtor Melissa Ann Mesenbrink ("Debtor") on December 10, 2025 who wanted to hire me to file an emergency "skeleton" Chapter 13 bankruptcy petition to prevent a Trustee Sale of her real property scheduled for Tuesday, December 16, at 1:00pm.   I advised Debtor that this was extremely short timing but that if she were able to hire me the next day, December 11, 2025, that I would assist her.  I asked her to send me a copy of the Trustee's Notice of Sale.  She did not.

I was hired late afternoon December 11, 2025.  I sent a proposed Legal Services Agreement shortly thereafter.  However, Debtor did not respond until almost 7pm and I had already left the office for the day.

The following morning I sent Debtor my Bankruptcy Questionnaire and links to three different credit counseling classes.  I wrote in my email that I needed her "to complete the attached questionnaire today and also take the required credit counseling course.  My plan is to file on Monday, but I will need both the completed questionnaire and the certificate of the class completing to do that.  You can take the class online and here a few resources."  At 11:41 on Friday, December 12, 2025, her response was that she would do that right then.

On the morning of Monday, December 15, 2025 I did not have anything from Debtor other than an email with a screen shot of something off Zillow stating that there was an auction of the property on 12/15/2025 and that she was "shitting [her] pants."   I called Debtor at 9:29am and left a voicemail.  She called back but did not leave a voicemail.  She then sent me the completed Questionnaire via email at 11:36.  I subsequently called Debtor five (5) times because I had not yet received the Credit Counseling Certificate or the Notice of Sale.  She returned my call at 3:16 but I was away from my desk.  I then called her four (4) times with no response.  We finally spoke at 3:52.  She had texted me a screenshot of only a small portion of the Notice of Sale that did not have the Trustee's information on it or anything else of use to me.  I told her I needed the full Notice or she would need to contact the Trustee herself.  When I asked about the Certificate, Debtor admitted that she had not yet taken the credit counseling class, even though I had earlier received a text stating that she had started a course.  She then insisted that I had never sent her a link.  I provided proof to her that I had.  I then told her I would walk her through the process of getting to the website and enrolling in the class.  She became frustrated and hung up on  me.  I called her again before leaving for the day but she did not answer.

At some point I received a text that was clearly meant for someone else telling them that I had threatened her and hung up on her, which is not true.  She seemed to admit that when I confronted her about it.

Rather than send me the full Notice, she called the Trustee herself and then texted me that they needed a case number.  I explained to her again that she needed to have a filed Petition to have a case number.

On Tuesday I saw that Debtor had texted me the night before three times starting at at 11:18pm, first stating that I already had everything and then that she was starting a course.  She

also sent a text around 6am asking if I had the certificate.  I did not and I didn't get the Certificate, which was time stamped at approximately 10:30am December 16, 2025.

The next hour was a chaotic mess of me both trying to file the skeleton Petition and contact Debtor, who was not answering or responding to me.  The case was filed around noon on December 16, 2025.  I immediately called Debtor, texted Debtor the case number, and sent her an email.  I continued calling her up until I had other engagements, at approximately 12:30.

I did not hear back from Debtor until 4:38pm at which point I received a text stating that she did not get my text and "thought I had it handled."

I have provided Debtor with the Notice of her bankruptcy and the Order that she file the remaining documents required for the case.  She has not replied to that.

There is an extreme breakdown in communications between Debtor and myself.  I cannot perform my duties as an attorney with Debtor given her patterns of behavior.

**The reasons withdrawal is sought.  LBR 9010-1(h)(i).**  Debtor is not returning my calls or emails, with the one exception of this morning responding to my request for her authorization to provide the Court with her email.  I cannot communicate with her.  In the time between hiring me and the filing, she repeatedly failed to communicate with me and appeared to be dishonest.

**The status of all pending contested matter and adversary proceedings to which the attorney's client is a party, including any future hearing dates and deadlines.**  Not applicable; none.

**Whether the client has provided informed consent to the withdrawal under the Oregon Rules of Professional Conduct (ORCP) and if the client has not done so, summarize the efforts made to communicate with the client.**  I have been trying to contact Debtor since December 18, 2025.  I have called, texted, and emailed her.  I called her this morning and left a

detailed message.  I texted her again this morning to please respond to the emails I have been sending her.  I emailed her again this morning.  I then texted her to see if she would give me authorization to provide the Court with her email.  She did respond to this by saying that I did have that authorization.  I immediately followed up to seek her response and input on my other communications and I eventually received a very confusing response basically stating that she was not mentally capable of looking at my correspondence but was going to try to.

**The client's last-known contact information, including mailing address, phone number, and, if authorized by the client, an email address:**

Melissa Mesenbrink
8084 N. Burlington Ave.
Portland, OR  97203
(503) 381-2692
mamesenbrink@gmail.com

**Which, if any, disclosures required by (i), (iii), or (iv) above are omitted because the disclosure is prohibited by the ORPC.**  To the best of my knowledge, none.

Dated this December 22, 2025.                           /s/ Jessica Molligan
                                                        Jessica Molligan, OSB #001823

CERTIFICATE OF SERVICE

I have sent the foregoing Declaration to the following:

Melissa Ann Mesenbrink
8084 N. Burlington Ave.
Portland, OR  97203

mamesenbrink@gmail.com

This document has also been e-served via the the ECF e-service contact list in this matter.

Dated this December 22, 2025                                /s/ Jessica Molligan
                                                                            Jessica Molligan