**DISTRICT OF OREGON**
**F I L E D**
**March 23, 2026**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

*Teresa H. Pearson*
TERESA H. PEARSON
U.S. Bankruptcy Judge

ORC (8/19/21) krw

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
 **Melissa Ann Mesenbrink**
Debtor(s)

)
)
)
)
)
)
)
)
)

Case No.  **25–34184–thp13**

ORDER REOPENING CASE;
TRUSTEE REAPPOINTMENT

A motion has been filed to reopen the case as there may be administrative matters to be addressed,

**IT IS ORDERED** that this case be reopened for further administration, and payment of an additional fee is not required under the facts of this case.

U.S. BANKRUPTCY COURT

### 

Wayne Godare is hereby appointed trustee of the above named debtor's chapter 13 estate. The trustee's bond will be the blanket bond on file with the U.S. Bankruptcy Court Clerk.

UNITED STATES TRUSTEE