United States Bankruptcy Court

District of Oregon

In re:                                                                                          Case No. 25-34184-thp

Melissa Ann Mesenbrink                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3                          User: Admin.                                    Page 1 of 1

Date Rcvd: Apr 02, 2026                  Form ID: pdf018                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID                    Recipient Name and Address**
db                    + Melissa Ann Mesenbrink, 8084 N. Burlington Ave., Portland, OR 97203-3737

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                    Signature:              /s/Gustava Winters

DISTRICT OF OREGON
**FILED**
**April 02, 2026**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

*Teresa H. Pearson*

TERESA H. PEARSON
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 25-34184-thp13 |
| Melissa Ann Mesenbrink, | **ORDER FOR FRBP 2004 EXAMINATION** |
| Debtor. | |

Based on the motion of the United States Trustee (the "UST"), now, therefore,

**IT IS HEREBY ORDERED that** Melissa Ann Mesenbrink shall appear to be examined under oath pursuant to Fed. R. Bankr. P. 2004 at the following date, time, and place or at such different date, time, and place as is mutually agreed between the parties prior to said date:

> DATE:  **April 17, 2026**
>
> TIME:  **1:00 p.m.**
>
> PLACE:  **By Video Teleconference**

# # #

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

Presented by:

JONAS V. ANDERSON
Acting United States Trustee for Region 18


/s/ Christian A. Torimino
CHRISTIAN A. TORIMINO, WSBA #52927
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
1220 SW 3rd Ave., Rm. 315
Portland, OR 97204
Tel: (202) 306-4948
Email: christian.torimino@usdoj.gov

Copies to:

Melissa Mesenbrink
8084 N. Burlington Ave.
Portland, OR 97203