UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

US BANKRUPTCY COURT
DISTRICT OF OREGON
2026 JUN -1 PM 2:40
PAID_____ REC'D_____

In re

Melissa Ann Wesenbrink
**Debtor**

Case No. 25-34184-thp13
☐ Amended

Request For Extension of Time
(Motion Title) To File Amended Plan.

## V. REQUEST FOR EXTENSION OF TIME TO FILE AMENDED PLAN

Debtor respectfully requests at least 60 days from the date of any hearing on this matter to file an amended Chapter 13 plan. Good cause exists:

1. Debtor is effectively without legal representation due to documented attorney misconduct and is actively seeking substitute counsel.

2. Debtor's former attorney affirmatively advised her, incorrectly, that there was no basis to oppose this motion — advice that, if followed, would have resulted in Debtor forfeiting her home without any hearing.

3. The Property has equity of approximately $119,930.45, providing Movant with more than adequate protection during any brief continuance.

4. The total arrears of approximately $28,237.00 are curable over the life of a 60-month plan at approximately $470/month above the regular mortgage payment.

5. The Chapter 13 Trustee has affirmatively stated his intention to keep the case open to allow Debtor to cure.

Movant's Name (printed): Melissa Ann Wesenbrink

Movant's Address: 8884 N. Burlington Ave.
Portland, OR 97203

Movant's role in case [check one]:
☑ Debtor
☐ Creditor
☐ Other: _____

Movant's Signature: Melissa Wesenbrink    Date: 6/1/26

Joint Debtor's Signature (if applicable): _____    Date: _____