Melissa Ann Mesenbrink

8084 N. Burlington Ave.

Portland, OR 97203

mamesenbrink@gmail.com

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

JUN 0 1 2026

LODGED_____REC'D_____
PAID_____DOCKETED_____

Date: June 1, 2026

The Honorable Teresa H. Pearson

United States Bankruptcy Court

District of Oregon

1050 SW 6th Ave., Suite 700

Portland, OR 97204

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re: Melissa Ann Mesenbrink

Case No. 25-34184-thp13

Chapter 13

### DEBTOR'S COVER LETTER AND NOTICE OF FILING WITHOUT EFFECTIVE COUNSEL

### TO THE HONORABLE COURT:

My name is Melissa Ann Mesenbrink. I am the Debtor in the above-captioned Chapter 13 bankruptcy case. I am filing this cover letter to respectfully bring several urgent matters to the Court's attention, and to explain why I am appearing without effective legal representation to file the attached Objection to Motion for Relief from Automatic Stay.

### 1. MY ATTORNEY HAS ADVISED ME NOT TO FIGHT FOR MY HOME.

Jessica Molligan remains my attorney of record. On May 29, 2026, I contacted Ms. Molligan after receiving the Motion for Relief from Stay filed by Selene Finance LP. Ms. Molligan responded by email stating that she sees "no point at all in objecting" and that there is "no legal basis" to oppose the motion. She advised me, in effect, to allow the foreclosure to proceed.

I respectfully submit that this advice is incorrect. As set forth in the attached Objection, Movant's own motion confirms that I have approximately $119,930.45 in equity in my home. Under 11 U.S.C. § 362(d)(2), substantial equity is a recognized basis to deny relief from stay. I am filing

this Objection because I believe I have every right to fight for my home, and because following Ms. Molligan's advice would have resulted in the loss of my primary residence without any hearing.

## 2. MY ATTORNEY'S OFFICE IS CLOSED DURING MY DEADLINE PERIOD.

Ms. Molligan's email signature states that her office will be closed from June 3 through June 9, 2026. My deadline to respond to Selene Finance's motion is approximately June 2, 2026 — 14 days after service on May 19, 2026. Ms. Molligan has taken no steps to file an objection on my behalf, seek an extension of time, or protect my rights before closing her office for the week.

## 3. MY ATTORNEY'S CONDUCT IS CURRENTLY UNDER FEDERAL INVESTIGATION.

The United States Trustee filed a Motion to Disgorge Attorney Fees on May 26, 2026, documenting that Ms. Molligan forged my electronic signature on the retainer agreement, publicly filed my unredacted Social Security number, and failed to advise me of my legal options — including my right to retain or sell my property through the Chapter 13 plan. I was not given proper legal advice during the pendency of this case, and the prior dismissal was directly attributable to attorney misconduct, not to my own unwillingness to reorganize.

## 4. I NEVER CHOSE TO LET MY HOME GO.

Ms. Molligan has suggested that I decided not to proceed with an amended plan. This is not accurate. I was asking Ms. Molligan about my options, including selling the property through the bankruptcy, if necessary, when she became hostile and accused me of being intoxicated. I stopped asking questions out of fear and confusion — not because I wanted to give up my home. I paid Ms. Molligan $2,500 specifically to stop the foreclosure and save my home. That has always been my goal.

## 5. THE CHAPTER 13 TRUSTEE SUPPORTS KEEPING MY CASE ALIVE.

On May 21, 2026, Chapter 13 Trustee Wayne Godare sent me a Special Notice confirming that he intends to keep my case open through the 60th month to give me time to cure the direct payment default. His letter reflects his sincere desire that I receive a discharge. I am asking this Court for the same opportunity.

### RELIEF REQUESTED

I respectfully ask this Court to:

(1)  Accept my attached Objection to Motion for Relief from Automatic Stay, filed without effective counsel due to the circumstances described above;

(2)  Appoint a hearing date at which I may appear and be heard;

(3)  Grant me at least 60 days to obtain substitute counsel and file an amended Chapter 13 plan; and

(4)  Take notice of Ms. Molligan's conduct as described herein, which the Court may wish to consider in connection with the United States Trustee's pending Motion to Disgorge Fees.

I am a working person with a Bachelor's Degree and an MBA. I have a job and I am actively seeking full-time employment. I can fund a Chapter 13 plan. I just need the opportunity to do so with competent legal help. I am asking this Court for that chance.

I apologize for any procedural imperfections in these filings. I am doing my best under very difficult circumstances, including significant stress and health challenges caused in no small part by this situation. I thank the Court for its time and consideration.

Respectfully submitted,

Melissa Ann Mesenbrink

Debtor, Appearing Without Effective Counsel

8084 N. Burlington Ave.

Portland, OR 97203

Case No. 25-34184-thp13

Date: ___6\1\26___

## EXHIBIT LIST

Exhibit A:  Email from Jessica Molligan dated May 29, 2026 advising Debtor not to object to Motion for Relief from Stay

Exhibit B:  Email responses from Debtor to Jessica Molligan dated May 29, 2026 stating Debtor never chose dismissal

Exhibit C:  Trustee's Special Notice Re: Section 1328(a) Discharge dated May 21, 2026

 Gmail

**Melissa Mesenbrink <mamesenbrink@gmail.com>**

# Question
6 messages

**Melissa Mesenbrink** <mamesenbrink@gmail.com>                    Thu, May 28, 2026 at 6:27 PM
To: Jessica Molligan <jessicamolligan@gmail.com>

Hi Jessica-

I did have a question because I don't know what's going on with anything and you didn't reply to my last email. I just went to the mailbox and discovered I have less than 14 days to File an answer with the court and it doesn't list your name? That confused me. So I need to file this on my own in a couple days or get another attorney to help me with it?

I was just calling to confirm because I don't remember getting a formal withdrawal as my attorney as of yet?

Thank you

Melissa


**IMG_0283 (1).jpeg**
4354K

---

**Jessica Molligan** <jessicamolligan@gmail.com>                    Fri, May 29, 2026 at 6:06 PM
To: Melissa Mesenbrink <mamesenbrink@gmail.com>

I am still your attorney of record because no Order was issued by the Court allowing me to withdraw.  However, your case was dismissed and closed after you decided to not proceed with filing an Amended Plan.  When the Trustee got an order to reopen it, in order to file his Motion to Disgorge Fees, that kicked in the automatic stay protections.  So your mortgage company is moving for relief from that in order to move against your property.
I don't know what you are talking about in terms of an Answer but I don't see any point at all in objecting to their motion for relief from stay.  There is no legal basis to not give them that relief.
If you could please resend the email you claim I did not respond to, I will be sure to address it.

[Quoted text hidden]

*Exhibit B*
*2 of 2*

--
**THE OFFICE WILL BE CLOSED 6.3.26 THROUGH 6.9.26**

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR  97292
971.350.7347 Office
503.975.2920 Cell

---

**Melissa Mesenbrink** <mamesenbrink@gmail.com>                    Fri, May 29, 2026 at 6:59 PM
To: Jessica Molligan <jessicamolligan@gmail.com>

HuH?! And, just let them foreclose on my property?!        *Exhibit A*        *1 of 2*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

Case No. _____ **25-34184-thp13** _____

In re
Melissa Ann Mesenbrink

)
)
)
)
)
)
)
)
)
)

**Notice of Motion for Relief
From (Check All That Apply):**
☒ Automatic Stay in a Chapter 7/13 Case
☐ Chapter 13 Codebtor Stay

Debtor(s)

1. **YOU ARE NOTIFIED** that a motion was filed by **Selene Finance LP as Servicer for MCLP\*** _____, the moving party, for (Check all that apply):
   ☒ Relief from the automatic stay protecting the debtor(s) and debtor's property, as provided by 11 U.S.C. § 362.
   ☐ Relief from the stay protecting the codebtor and codebtor's property as provided by 11 U.S.C. § 1301.
   ☐ Codebtor's name and service address are: _____
   _____

2. A copy of the motion is attached. The name and service address of the moving party's attorney (or moving party, if no attorney) are: **Amber L. Labrecque, ZBS Law, LLP, 5 Centerpointe Dr.,** _____
   **Suite 400, Lake Oswego, OR 97035**

3. If you wish to resist the motion, you must, within 14 days of the service date shown below, file the following with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E. 8th Ave. #2600, Eugene OR 97401:

   a. A written response that states the facts supporting the opposition to the motion by filling in the applicable 'response' portions on a copy of the original motion. If the response will be electronically filed, the response must be prepared using the fillable pdf version of the original motion unless the motion was filed on paper and could not be electronically obtained from the movant; and

   b. A fully completed notice of hearing using Local Bankruptcy Form (LBF) 721, including the date and time of the hearing. Available hearing dates and times are posted at https://www.orb.uscourts.gov under the "Hearings" heading. If you do not have internet access, please call the court at (503) 326-1500 or (541) 431-4000 and press "0" to obtain the required forms and hearing information.

4. **Failure to Object or Serve Proper Notice of Hearing.** If you fail to file a timely response and notice of hearing, then the automatic stay may expire as to the debtor(s) pursuant to 11 U.S.C. § 362(e) and the stay protecting the codebtor may expire pursuant to 11 U.S.C. § 1301(d), or the court may sign an order without further notice, submitted by the moving party on LBF 720.90, granting relief from the debtor stay and/or codebtor stay.

**720 (12/1/2018)**                    Page 1 of 2

[Quoted text hidden]

---

**Melissa Mesenbrink** <mamesenbrink@gmail.com>                Fri, May 29, 2026 at 7:04 PM
To: Jessica Molligan <jessicamolligan@gmail.com>

And, I never decided that...
I was asking you about other options like selling my condo. Then you accused me of being drunk AGAIN and "bit my head off" so, I stopped asking questions. That's what really happened...
[Quoted text hidden]

---

**Melissa Mesenbrink** <mamesenbrink@gmail.com>                Fri, May 29, 2026 at 8:41 PM
To: Jessica Molligan <jessicamolligan@gmail.com>

We're good. You've answered all my questions.

Thank you
[Quoted text hidden]

---

**Melissa Mesenbrink** <mamesenbrink@gmail.com>                Sun, May 31, 2026 at 6:33 PM
To: Jessica Molligan <jessicamolligan@gmail.com>

Happy Sunday Jessica!

Yes, you know exactly what I'm talking about even if I don't say "correctly"! You clearly "got" the point! And, I was referring to filing the objection but WE ARE  obviously not ready or prepared to do so at this point and need to request more time.

As my Attorney I'm asking you to please give me a list of options BESIDES handing over the property. Before the case was dismissed I was asking you about "selling my condo under bankruptcy because I have enough equity" and I started looking for real estate agents so that will still definitely be an "option" but a last one. My main goal and it always has been and that is to keep my condo or why else would I pay you $2500 to "stop the foreclosure"? I clearly wanted to keep it.

And, the reason I called you which you never did answer my question, "Did you get a copy of the Notice below from my mortgage company's attorney" because, I didn't see your name on it anywhere just mine?

What am I supposed to do with this? I thought that's why I thought I have an Attorney?

Please let me know our next steps.

Thank you
[Quoted text hidden]

---

Exhibit B                                                                                      1 of 2

 Gmail                                                    **Melissa Mesenbrink <mamesenbrink@gmail.com>**

## Question?

2 messages

---

**Melissa Mesenbrink** <mamesenbrink@gmail.com>                              Sun, Apr 26, 2026 at 8:08 PM
To: Jessica Molligan <jessicamolligan@gmail.com>

Hi Jessica-

Have you heard anything about my case? Not sure if you're still my attorney or not? The case was reopened? And, you did take my Mom's money and I assume spent it?

Or, is THIS MY Problem to figure out?

Melissa

---

**Melissa Mesenbrink** <mamesenbrink@gmail.com>                              Mon, Jun 1, 2026 at 1:25 AM
To: "Torimino, Christian (USTP)" <christian.torimino@usdoj.gov>, "Myerson, Caitlyn J. (USTP)"
<Caitlyn.J.Myerson@usdoj.gov>

**Subject:** Case No. 25-34184-thp13 — Mesenbrink — Attorney Misconduct Update

Hi Christian-

This is "the email" I was referring to in the last group of emails that I forwarded to you where she just stopped responding to me on 4/26/26.

The first time I heard from Jessica again was on 5/26/26 when I emailed her and left a voicemail about what I had received in the mail from my mortgage company.

I also just realized I copied Jessica (unintentionally) on the forward I sent to you and Caitlyn but, that's okay.

I'll send you and Caitlyn everything I'm taking to the Courthouse tomorrow to file the objection and follow up with the hardcopies in mail to everyone listed in motion.

Thank you so much
Melissa
[Quoted text hidden]

Exhibit B                                                                                              2 of 2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re:                                    )
                                          )     Case No. **25-34184-THP13**
MELISSA A MESENBRINK                      )
                                          )     TRUSTEE'S SPECIAL NOTICE RE:
                                          )     SECTION 1328(a) DISCHARGE
            Debtor(s)                     )

It has come to my attention that you have failed to make all payments to your mortgage servicer as required by the direct payment paragraph of your Chapter 13 plan and as shown on Schedule J as one of your monthly expenses.  It is my duty to inform you that Section 1328(a) of the Bankruptcy Code requires that before I may inform the Clerk's Office that you should be granted a discharge, I must certify to the Clerk that you have completed all payments under the plan.  The direct payment to the servicer listed in your Chapter 13 plan is considered to be a payment under the plan.  See, e.g., *In re Mrdutt*, 600 BR 72 (9th Cir. BAP 2019)

In order to correct this issue and allow my office to ultimately inform the Clerk all payments under the plan have been made, you must demonstrate to my office that you have cured this default in your plan.  You must do this by the time you finish your regular bankruptcy plan payments.  For under median cases, I will keep the case open until the 60th month to allow plenty of time to cure the default.  If not cured by that time, I will be obliged to file a Motion to Dismiss for Failure to Complete the plan within the 60 month limit to bring the matter before the Bankruptcy Judge.

Informing my office of the reasons you failed to make the missed payments cannot fix this problem.  I must have solid proof that the missed payments have in some form been paid to the proper mortgage servicer or a viable amended plan sent to all creditors that cures the default.  Proof that full payments of the direct payment paragraph of your Chapter 13 plan have been made, would include a statement from your mortgage servicer that those missing payments have been made.  If you fail to do so, it is possible that you will not receive a discharge at the conclusion of your case.

I send this Notice to you now in order to give you time to correct this problem with your plan.  It is my sincere desire that you receive a discharge and I hope this letter will be seen as notice to you and your attorney that this serious problem must be addressed and addressed quickly.

Dated: May 21, 2026

/s/ Wayne Godare
Chapter 13 Trustee

I certify that on May 21, 2026, I mailed copies of the above Notice to the debtor(s) and the debtor's attorney, JESSICA LEE MOLLIGAN ATTORNEY AT LAW , if any.

/s/Audrey Jackson
Office of the Chapter 13 Trustee

Exhibit C                                                                    1 of 1

 **Gmail**

**Melissa Mesenbrink <mamesenbrink@gmail.com>**

## Courthouse to File 6/1/26
1 message

**Melissa Mesenbrink** <mamesenbrink@gmail.com>                    Mon, Jun 1, 2026 at 1:53 AM
To: Melissa Mesenbrink <mamesenbrink@gmail.com>

*Original File one copy - signed & stamped*
*1 to → Keep*

**Tonight:**

- ☑ Email Christian     *Amber*
- ☑ Print 5 copies     *Jessica*
- ☑ Set alarm     *Jonas Andersen / Christian*

**Tomorrow June 1:**     *Wayne Godare Trustee*

- 🏛 Courthouse early — 1050 SW 6th Ave #700
- ✒ Ask for file stamp on your copy     *97204*     *503-326-4184*
- 📪 Mail copies to all parties after filing

**June 9 @ 1:30 PM:**

- 📞 Call (855) 244-8681
- 🔑 Code: 2316 376 3280
- Say: *"Melissa Mesenbrink, Debtor, appearing without effective counsel"*
-
- **Just fill in:**
    - ○ Your last 4 digits of SSN where it says XXXX
    - ○ The service date on the certification line
    - ○ Sign and date at the bottom

  **Your COMPLETE final package is now:**

    1. Cover Letter to Court
    2. Objection
    3. LBF 721 Notice of Hearing
    4. Exhibit A, B, C

## Upgrade Your Legacy PACER Account

**If you have your own PACER account that was created prior to August 11, 2014, it must be upgraded before you can e-file in a NextGen CM/ECF court. If you do not have your own PACER account (i.e., if you share a PACER account with other members of your firm), refer to the instructions for registering for a new PACER account.**

| Step | Action |
|------|--------|
| 1 | Go to www.pacer.gov |
| 2 | Select **Manage My Account** |
| 3 | Login with your current PACER Username and Password. |
| 4 | Note the **Account Type.**  Select the **Upgrade** link<br><br>Account Number    2653066<br>Username    us3686<br>Account Balance    $0.00<br>Case Search Status    Active<br>Account Type    Legacy PACER Account  (Upgrade) |
| 5 | Take note of the information about account conversion. |
| 6 | Update/enter all required information in each tab (Person, Address, Security).  Select **Next** to move to the next tab and **Submit** when finished.<br><br>In the Person tab, choose the **user type** that best describes your situation. If you work for a government agency, check with your employer as to how you should complete your registration.<br><br>User Type *   INDIVIDUAL<br>OTHER COMMERCIAL ACCOUNT<br>*************** Government Accounts ***************<br>FEDERAL GOVERNMENT<br>FEDERAL JUDICIARY<br>STATE OR LOCAL GOVERNMENT<br>*************** Individual Accounts ***************<br>INDIVIDUAL<br>STUDENT |

| Step | Action |
|:----:|--------|
| 7 | Close the **Upgrade Complete** button.  Your account is upgraded.  After the Court goes live on NextGen on September 28, you will link this account to your CM/ECF account. |