NOH13T (1/8/20) seb

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
 **Melissa Ann Mesenbrink**
Debtor(s)

)
)
)
)
)
)
)
)
)

Case No.  **25–34184–thp13**

NOTICE OF
TELEPHONE HEARING

June 5, 2026

Clerk, U.S. Bankruptcy Court

BY **seb** DEPUTY

**PLEASE TAKE NOTICE** that

a Telephone Hearing at which testimony  will not be received, will be held:

**DATE:** 6/18/26  **TIME:** 10:00 AM   **RE:** ECF No. 53, 55 , Motion to Disgorge Attorney Fees Pursuant to §§ 329, 526, 527, AND 528 and Supporting Document(s). Filed by U.S. Trustee US Trustee, Portland (TORIMINO, CHRISTIAN)

Motion to Extend Time to File Amended Plan Filed by Debtor Melissa Ann Mesenbrink (krw)

**Telephone Hearing –Dial (855) 244–8681, Access Code 2303 266 1826#**

Each participant must also comply with each hearing requirement listed below. [Note: If you have problems connecting, call the court at (503) 326–1500 or (541) 431–4000.]

YOU ARE FURTHER NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684–3763 or toll–free in Oregon at (800) 452–7636.

### TELEPHONE HEARING REQUIREMENTS

Participants must comply with each requirement listed below:

1. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than the hearing time above. The court will not call you.

2. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

3. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

4. When it is time for you to speak, take your phone off the "speaker" option to minimize background noise. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

5. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

6. Whenever speaking, first identify yourself.

7. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.